AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| MAURICE SCHWARZ | Case No.  6:14MJ6002 |
| | USM No.  12208-010 |
| | Byron Cole Rhodes |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)   _Standard Condition 6 and_   _Special Condition 3_ of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | On or about 10/13/15, the offender admitted to changing residences on two (2) occasions during the month of September 2015 without first notifying the Probation Office. | 10/13/2015 |
| Two | Offender failed to report to the Probation Office for random drug testing on the following dates: 6/19, 8/31, 9/14, 10/02 and 10/16, all of 2015. On or about 10/13/15, the offender admitted to methamphetamine use on 10/08/15, and signed an admission of said use. | 10/13/2015 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

January 12, 2015
Date of Imposition of Judgment

*Erin L. Sotser* (signature)
Signature of Judge

Honroable Erin L. Setser, United States Magistrate Judge
Name and Title of Judge

1/15/16
Date

AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
         Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:       MAURICE SCHWARZ
CASE NUMBER:     6:14MJ6002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  **six (6) months** with no term of supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL